# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 23-mj-8338-RMM

UNITED STATES OF AMERICA )
)
v. )
)
DANIEL CODY PITTMAN, )
)
    Defendant. )
_____ )

FILED BY _____ SP _____ D.C.

**Jun 29, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## <u>CRIMINAL COVER SHEET</u>

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?    NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?    NO

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    /s/ Alexandra Chase_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY_____*SP*_____D.C.

**Jun 29, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DANIEL CODY PITTMAN | ) | |
| | ) | 23-mj-8338-RMM |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___02/02/2023 to 06/21/23___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

Please see the attached affidavit of Federal Bureau of Investigation ("FBI") Special Agent Sara E. Talley, which is incorporated herein by reference.

☑ Continued on the attached sheet.

Sworn and attested to me by applicant by telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1

*Sara E Talley*
*Complainant's signature*

Sara E. Talley, Special Agent, FBI
*Printed name and title*

Date: ___06/29/2023___

*Judge's signature*

City and state: ___West Palm Beach, Florida___

Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Sara Talley (the Affiant), been duly sworn, depose and state as follows:

1.       I am a Special Agent with the Federal Bureau of Investigation and have been so since March 2016. I am currently assigned to the FBI Miami Division, Palm Beach County Resident Agency and work on a Child Exploitation Task Force. In this regard, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2.       As part of my duties and responsibilities, I investigate crimes involving the sexual exploitation of minors, to include but not limited to, sex trafficking of minors, child pornography, and online enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.  I have conducted and assisted in numerous child exploitation investigations, executed search warrants that have led to seizures of child pornography, interviewed subjects and witnesses, and participated in undercover operations to identify juvenile victims of child exploitation.

3.       The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience.  Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable

cause to believe that from on or about February 2, 2023 through at least on or about June 21, 2023, DANIEL CODY PITTMAN (hereinafter referred to as "PITTMAN") violated 18 U.S.C. § 2261A(2) (cyberstalking).

## THE CYBERSTALKING

4.     On or about August 2022, the FBI Minneapolis Division contacted FBI Miami Division to attempt to locate a minor victim, referred to herein as "the VICTIM." FBI Minneapolis Division identified the VICTIM as one of multiple minor victims in a case involving the production, receipt, and distribution of child pornography; threats with intent to extort; and cyberstalking of a minor. FBI Miami Division subsequently made contact with the VICTIM in both September and December 2022, to interview the VICTIM for the FBI Minneapolis investigation.

5.     On or about February 2, 2023, separately from the FBI Minneapolis Division investigation, the VICTIM reported to me that beginning in approximately April 2022, the VICTIM, who was 17 years old in April 2022, had produced child pornographic material at the request of an unknown subject operating under Instagram username "oats888." The VICTIM told Instagram username "oats888" her true age at their time of contact and produced approximately 10 total images and videos that depicted the VICTIM engaging in sexual acts.

6.     In approximately June 2022, the VICTIM blocked Instagram username "oats888" from contacting her. Coinciding with approximately the same time as blocking Instagram username "oats888," Snapchat username "dcp1414" contacted the VICTIM via Snapchat. Based on the tone and content of the messages, the VICTIM believed "dcp1414" to actually be "oats888." Over the course of their communications on Snapchat, "dcp1414" requested additional child pornographic material from the VICTIM.

7.      The VICTIM deleted "dcp1414" from the VICTIM's Friends List, but "dcp1414" continued to send the VICTIM messages despite having been deleted from the VICTIM's Snapchat Friends List. Snapchat username "dcp1414" offered to pay, and did pay, the VICTIM approximately $300 for the VICTIM to re-add "dcp1414" to her Friends List. After re-adding "dcp1414," "dcp1414" continued to send the VICTIM direct messages on a daily basis, frequently asking the VICTIM personal information such as where she worked, how much money she made, and with whom she lived.

8.      As the conversations continued, "dcp1414" sent the VICTIM a family photograph of the VICTIM's family that the VICTIM did not share with "dcp1414." Snapchat username "dcp1414" also informed the VICTIM that he was selling the VICTIM's sexual images and videos that she had produced as a child at the request of an online offender via Discord, Google, and other internet websites. Snapchat username "dcp1414" told the VICTIM that he knew her parents', sister's, and boyfriend's names, as well as where the VICTIM lived. The VICTIM reported being in fear for her safety. On or about February 2, 2023, VICTIM told Snapchat username "dcp1414" to stop contacting her, however, the contact continued

9.      Since the February 2023 interview, and as recently as June 21, 2023, the VICTIM has provided additional screenshots of attempted friend requests and messages received from approximately 90 different Snapchat accounts and two different Instagram accounts. As detailed below, law enforcement has identified the user of these accounts as DANIEL CODY PITTMAN. The VICTIM has provided me with screenshots of messages from the majority of the aforementioned accounts. The VICTIM has continued to ignore and block all of the aforementioned friend requests, messages, and attempted calls.

10. Additionally, since the February 2023 interview, and as recently as June 2023, the VICTIM expressed fear and distress as a result of PITTMAN's communications. For example, on March 2, 2023, the VICTIM visited the FBI to meet with an FBI Victim Specialist and be introduced to a therapist. During that meeting, the VICTIM began shaking and crying in distress. On April 7, 2023, the VICTIM reported that she had recently being hospitalized due to an irregular heartbeat and anxiety. On April 29, 2023, PITTMAN sent the VICTIM messages indicating that PITTMAN was outside of her childhood residence. PITTMAN believed that the VICTIM still resided there and asked what he should do now that he had arrived. Fearing for her safety, the VICTIM called 911 and local law enforcement responded to the residence. Local law enforcement determined that PITTMAN had sent the VICTIM Google Earth photos of the VICTIM's childhood residence. The VICTIM ultimately opted not to file an injunction against PITTMAN, fearing that PITTMAN would then know her current address.

11. On May 17, 2023, the VICTIM celebrated graduating from high school and felt particularly relieved since multiple classmates of the VICTIM had previously confronted the VICTIM about the sexually explicit videos of her that were leaked. The VICTIM believed PITTMAN leaked these videos as she had made them for "DCP." The VICTIM reported that she was continuing therapy as a result of PITTMAN's messages. Most recently, on June 19, 2023, the VICTIM reported that she continued to suffer from anxiety and had trouble sleeping. The VICTIM's therapist recommended that the VICTIM visit a psychiatrist and consider medicine to treat her emotional distress. The VICTIM stated that she continued to be afraid of PITTMAN.

12. The VICTIM is a resident of Palm Beach County, within the Southern District of Florida, and was in Palm Beach County at all times relevant to this affidavit.

## <u>IDENTIFICATION OF DANIEL CODY PITTMAN</u>

13.     Snap responded to multiple administrative and federal grand jury subpoena requests, as well as a federal search warrant. For the account associated with username "dcp1414," Snap provided cellular telephone number (703) 969-9207 as associated with the account. Snap provided that account "dcp1414", along with approximately 80 additional Snap accounts, were associated with IP address 184.89.5.68. Snap also provided IP logs for approximately 84 Snap accounts, 81 of which showed activity from IP address 184.89.5.68 as recently as May 28, 2023. Snap also provided that some of the accounts, including "dcp1414," were associated with IP address 184.89.2.17. Snap also provided IP logs, showing activity from IP address 184.89.2.17 for some of the accounts over a period of months, as recent as September 2022.

14.     A search of a publicly available database indicated that these aforementioned IP addresses were owned by Charter Communications. An administrative subpoena to Charter Communications provided that both IP addresses 184.89.5.68 and 184.89.2.17 resolved to subscriber Mark Pittman at an address on Rockledge Drive in Rockledge, Florida (hereinafter the "Rockledge Drive address").

15.     A law enforcement database associated cellular telephone number (703) 969-9207 with PITTMAN. An administrative subpoena to A&T for customer records associated with cellular telephone number (703) 969-9207 provided the owner as Mark Pittman, presumed to be PITTMAN's father, at the Rockledge Drive address, and an additional telephone number associated with the account. Cellular telephone number (703) 969-9207 had an active service date of December 16, 2015, and was still active through February 21, 2023 (the date of the subpoena return), and an associated IMEI of 353039097926902. A review of toll records showed

approximately eight calls from cellular telephone number (703) 969-9207 to the VICTIM's cell phone on December 10, 2022, all of which went unanswered by the VICTIM.

16.     According to Virginia Department of Motor Vehicle records, PITTMAN's year of birth is 1993, and the last four of his social security number ended in 1459. PITTMAN had the Rockledge Drive address listed as his address, along with another address in Stanley, Virginia.

17.     According to Florida Driver and Vehicle Information Database (Florida DAVID) records, PITTMAN's presumed parents and sister all reside at the Rockledge Drive address in Rockledge, Florida. Florida DAVID did not provide any records for PITTMAN.

18.     According to the Brevard County Property Appraiser, Mark Pittman and Christine Pittman owned two residential units, not attached, located at the Rockledge Drive address and the parcel next door.

19.     Block, Inc., the owner of Cash App, responded to a subpoena for records associated with PITTMAN. The subpoena return revealed approximately 10 payments from PITTMAN to the VICTIM as detailed below.

| Date | Status | Total | Subject | Sender | Action | Client IP Address |
|------|--------|-------|---------|--------|--------|-------------------|
| 2022-07-08 | AMOUNT_EXCEEDED_ RECIPIENT_MONTHLY_ RECEIVE_LIMIT | USD 50.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-14 | PAID_OUT | USD 40.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-14 | NOT_AVAILABLE_ FOR_PENDING_ SPONSORED_ ACCOUNTS | USD 40.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-14 | PAID_OUT | USD 50.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-12 | PAID_OUT | USD 100.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-12 | PAID_OUT | USD 50.00 | | Danny | Paying | 184.89.2.17 |

| Date | Status | Total | Subject | Sender | Action | Client IP Address |
|------|--------|-------|---------|--------|--------|-------------------|
| 2022-06-11 | PAID_OUT | USD 10.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-11 | PAID_OUT | USD 40.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-11 | PAID_OUT | USD 50.00 | | Danny | Paying | 184.89.2.17 |
| 2022-06-11 | PAID_OUT | USD 1.00 | add me on snap for more - @dcp1414 | Danny | Paying | 184.89.2.17 |

20. Additionally, Block provided PITTMAN's date of birth and last four of his social security number as matching the Virginia Department of Motor Vehicle records and various addresses in Florida and Virginia, including the Rockledge Drive address. Block also provided the following aliases for PITTMAN: jjaffe303, jamesjaffe303@gmail.com, dcp14, ojklw, umiami00, and cellular telephone number as (703) 969-9207. Block showed a client IP address as 184.89.2.17 from April 20, 2022, through July 25, 2022, and 184.89.5.68 from September 26, 2022, through January 19, 2023.

21. On June 12, 2023, I swore out two search warrants for cell site information associated with PITTMAN's telephone number, (703) 969-9207. Since June 14, 2023, AT&T has shown telephone number (703) 969-9207 to be in the area of the Rockledge Drive address.

22. Additionally, local law enforcement officers made contact with Mark Pittman to inquire about residents of the  Rockledge Drive address. Mark Pittman advised that he and his wife lived upstairs, while his son, PITTMAN, lived downstairs.

23.     Based upon the foregoing facts, and my training and experience, I submit that there

is probable cause to believe that from on or about February 2, 2023 through on or about June 21,

2023, DANIEL CODY PITTMAN violated 18 U.S.C. § 2261A(2) (cyberstalking).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sara E. Talley
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to me by applicant
by telephone (FaceTime) per the requirements of
Fed. R. Crim. P. 4(d) and 4.1
this 29th day of June, 2023.

_____
HON. RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**:  DANIEL CODY PITTMAN

**Case No**:  23-mj-8338-RMM

Count #: 1

<u>Cyberstalking</u>

<u>18 U.S.C. § 2261A(2)</u>
**\* Max. Term of Imprisonment:** 5 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** N/A
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**