UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-80121-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DANIEL CODY PITTMAN,
    Defendant.
_____:

## JOINT MOTION TO CONTINUE

    Defendant, Daniel Cody Pittman, by and through his undersigned counsel, and the government, represented by undersigned counsel, requests this Court to continue his Calendar Call and Plea Acceptance Deadline currently set for September 20, 2023 and his Jury Trial currently set for September 25, 2023 for a period of 60 days. As grounds therefor, Defendant states:

1. Mr. Pittman's arraignment was held on August 2, 2023.

2. On July 6, 2023, the government executed a search warrant at Mr. Pittman's home and seized multiple electronic devices, including his cellphone and other hard drives. As noted in the government's First Response to the Standing Discovery Order, these materials potentially contain child sexual abuse material (DE 17 ¶ A.5). The government is diligently working to identify whether particular images depict minors but has been unable to complete its review. This identification depends in part

1

on the assistance of the National Center for Missing and Exploited Children, which has not completed its review of materials submitted.

3. Because of the ongoing review for contraband, the government has not provided a forensic copy of Mr. Pittman's electronic devices (phone, computer, etc.) to the defense. The identification of child sexual abuse material is critical both to the resolution of this matter and the government's ability to provide forensic copies of the devices to the defense. Where contraband is identified, the parties will work together to schedule a time for counsel for the defendant to review the materials following standard protocols for devices containing child sexual abuse materials.

4. Defense counsel represents that Mr. Pittman is interested in a resolution in this case. However, the government has advised that they cannot make a plea offer until they complete their review of Mr. Pittman's electronic devices and determine the extent to which the devices contain child sexual abuse material. Defense counsel also represents that Mr. Pittman suffers from a major mental health diagnosis, primarily that of Agoraphobia, and since his arrest, he has worked with undersigned counsel to obtain various evaluations and begin targeted therapy and medication. Mr. Pittman has also been sober since his arrest and is engaging in substance abuse treatment. These steps will enable Mr. Pittman to make a knowing and voluntary decision regarding how to proceed in his case.

5. Defense counsel has conferred with Mr. Pittman and he agrees to a waiver of speedy trial during the time period sought in this motion. Both parties submit that speedy trial should be tolled in the interest of justice.

WHEREFORE, Defendant requests this Court to grant the above-styled motion and continue the Calendar Call, Plea Acceptance Deadline, and Trial for a period of 60 days.

Respectfully submitted,

| | |
|---|---|
| ALEXANDRA CHASE<br>Assistant United States Attorney | MICHAEL CARUSO<br>Federal Public Defender |
| *s/ Alexandra Chase*<br>Alexandra Chase<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>500 S. Australian Ave., Ste. 400<br>West Palm Beach, FL 33401<br>(561) 209-1011<br>Email: Alexandra.chase@usdoj.gov | *s/ Kristy Militello*<br>Kristy Militello<br>Assistant Federal Public Defender<br>Attorney for the Defendant<br>Florida Bar No. 0056366<br>250 South Australian Ave., Suite 400<br>West Palm Beach, Florida 33401<br>(561) 833-6288 - Telephone<br>Kristy_Militello@fd.org |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              *s/ Kristy Militello*
                                              Kristy Militello