UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80121-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA )
)
v. )
)
DANIEL CODY PITTMAN, )
)
Defendant. )
_____ )

FILED BY _____ D.C.

OCT 18 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## FACTUAL PROFFER

The United States of America and the defendant, DANIEL CODY PITTMAN, hereby agree that, had this case proceeded to trial, the United States would have proved beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

Victim 1 is a social media influencer with multiple accounts across various platforms. Victim 1 is a resident of Palm Beach County, within the Southern District of Florida, and was in Palm Beach County at all times relevant to the indictment. Victim 1 reported to the Federal Bureau of Investigation ("FBI") that in or around June 2022, Snapchat username "dcp1414" had contacted Victim 1 via Snapchat, an electronic communication service. Based on the tone and content of the messages, Victim 1 believed "dcp1414" to be the same person who had previously communicated with Victim 1 on Instagram, also an electronic communication service.

Although Victim 1 initially communicated with "dcp1414" willingly across various electronic communication service platforms, as the conversations continued, the tone changed. For example, "dcp1414" sent Victim 1 a family photograph of Victim 1's family that Victim 1 had not shared with "dcp1414." Snapchat username "dcp1414" told Victim 1 that he knew her parents', sister's, and boyfriend's names and where Victim 1 lived. Victim 1 later reported to the FBI being in fear for her safety. On or about February 2, 2023, Victim 1 told Snapchat username "dcp1414" to stop contacting

her; however, the contact continued. Victim 1 provided additional screenshots to law enforcement of attempted friend requests and messages received from approximately 90 different Snapchat accounts and two different Instagram accounts. Many of the usernames were variations on "dcp1414." Victim 1 continued to ignore and block all of the aforementioned friend requests, messages, and attempted calls.

As further discussed herein, law enforcement ultimately identified the defendant, DANIEL CODY PITTMAN, as the user of these accounts.

PITTMAN continued to send multiple harassing and intimidating messages to Victim 1. For example, user "dcpdc.1414" told Victim 1, "Ur getting uglier by the day," "Ur makeup style is trash," and "Every decision u make is retarded." User "dcpd1414" sent Victim 1 an address associated with her father and his name and said that he would contact Victim 1's father. On April 29, 2023, PITTMAN sent Victim 1 messages indicating that PITTMAN was outside of her childhood residence. PITTMAN believed that Victim 1 still resided there and asked what he should do now that he had arrived. Fearing for her safety, Victim 1 called 911 and local law enforcement responded to the residence. Local law enforcement determined that PITTMAN had sent Victim 1 Google Earth photos of Victim 1's childhood residence. Victim 1 ultimately opted not to file an injunction against PITTMAN, fearing that PITTMAN would then know her current address.

Victim 1 expressed fear and distress as a result of these communications. For example, on March 2, 2023, Victim 1 visited the FBI to meet with an FBI Victim Specialist and be introduced to a therapist. During that meeting, Victim 1 began shaking and crying in distress. On April 7, 2023, Victim 1 reported that she had recently been hospitalized due to an irregular heartbeat and anxiety.

Victim 1 reported that she was continuing therapy as a result of PITTMAN's messages. Most recently, on June 19, 2023, Victim 1 reported that she continued to suffer from anxiety and had trouble sleeping. Victim 1 stated that she continued to be afraid of PITTMAN.

## Identification of the Defendant

Law enforcement identified the user of these accounts as the defendant, DANIEL CODY PITTMAN. Snap, the parent company of Snapchat, responded to multiple administrative and federal grand jury subpoena requests, as well as a federal search warrant. For the account associated with username "dcp1414," Snap provided a cellular telephone number, herein referred to as Cellular Telephone 1, associated with the account. Snap provided that account "dcp1414", along with approximately 80 additional Snap accounts, were associated with IP address 184.89.5.68. Snap also provided IP logs for approximately 84 Snap accounts, 81 of which showed activity from IP address 184.89.5.68 as recently as May 28, 2023. Snap also provided that some of the accounts, including "dcp1414," were associated with IP address 184.89.2.17. Snap also provided IP logs, showing activity from IP address 184.89.2.17 for some of the accounts over a period of months, as recent as September 2022.

A search of a publicly available database indicated that these aforementioned IP addresses were owned by Charter Communications. An administrative subpoena to Charter Communications provided that both IP addresses 184.89.5.68 and 184.89.2.17 resolved to a subscriber at an address in Rockledge, Florida (hereinafter referred to as the "Rockledge address").

A law enforcement database associated Cellular Telephone 1 with PITTMAN. An administrative subpoena to A&T for customer records associated with Cellular Telephone 1 provided the owner as PITTMAN's father, at the Rockledge address, and an additional telephone number associated with the account. Cellular Telephone 1 had an active service date of December 16, 2015, and was still active through February 21, 2023 (the date of the subpoena return). A review of toll records showed approximately eight calls from Cellular Telephone 1 to Victim 1's cell phone on December 10, 2022, all of which went unanswered by Victim 1.

According to Virginia Department of Motor Vehicle records, PITTMAN had the Rockledge address listed as his address, along with another address in Virginia. According to Florida Driver and

Vehicle Information Database (Florida DAVID) records, PITTMAN's parents and sister all reside at the Rockledge address. Florida DAVID did not provide any records for PITTMAN.

Block, Inc., the owner of Cash App, responded to a subpoena for records associated with PITTMAN. The subpoena return revealed approximately 10 payments from PITTMAN to Victim 1 in 2022.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 10/18/23  By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

Date: 10/18/23  By: _____
KRISTY MILITELLO
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 10/18/23  By: _____
DANIEL CODY PITTMAN
DEFENDANT