UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-80121-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DANIEL CODY PITTMAN,

      Defendant.

_____:

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Daniel Cody Pittman, by and through his undersigned counsel, requests this Court to continue his PSI objection deadline and Sentencing Hearing, currently scheduled for January 11, 2024 for 45 days. As grounds therefor, Defendant states:

1. Mr. Pittman's pled guilty to one count of cyberstalking on October 18, 2023. DE 22. Mr. Pittman has remained successfully out on pretrial release since his arrest in the Middle District of Florida on July 6, 2023. See DE 6-7, PSI p. 2.

2. Prior to his arrest, Mr. Pittman lived in his parent's house and did not leave that house in the last 8 years, since 2015. PSI ¶ 73. Mr. Pittman suffers from severe depression, anxiety and panic attacks. *Id.* Mr. Pittman was also diagnosed with agoraphobia. PSI ¶ 75-80. According to the Cleveland Clinic, "Agoraphobia is a mental health condition that causes excessive fear

1

of certain situations. Some people may even avoid leaving their home. Agoraphobia is manageable with treatment, which includes medication, cognitive behavioral therapy and lifestyle changes. The earlier you receive a diagnosis and treatment, the more likely treatment will work." https://my.clevelandclinic.org/health/diseases/15769-agoraphobia (last accessed December 18, 2023). The agoraphobia has prevented Mr. Pittman from working outside of the home or completing college. PSI 90-91, 93.

3. Since his arrest, Mr. Pittman has engaged in extensive treatment for his agoraphobia including medication, behavioral therapy, lifestyle goals and modifications, sobriety from alcohol, and other positive changes and treatment. PSI ¶ 75-80, 82. Mr. Pittman was making huge strides in treatment, including leaving the house to get the mail, going outside to garden with his mother, and attending virtual AA meetings.

4. Unfortunately, Mr. Pittman's nurse practitioner through the United States Probation Office erroneously believed that Mr. Pittman would not have access to mediation in prison and weaned Mr. Pittman completely off his medications. See PSI ¶ 76. Apparently, withdrawal symptoms may be severe and she had medical concerns about an abrupt termination of medication.

5. As a result of stopping the medication, Mr. Pittman's mental health has deteriorated. He stopped sleeping normally. He no longer meets his cognitive behavioral therapy goals, and this month Mr. Pittman suffered a

panic attack when his mother tried to achieve a treatment goal of Mr. Pittman going with her to the grocery store. PSI ¶ 73.

6. Fortunately, Mr. Pittman's mother called the U.S. Probation office and undersigned counsel within a short period of time and advised of this significant change in his behavior. Undersigned counsel advised that their son needs to get back on his medication either through the United States Probation Office or through a private provider who works with their specialist psychologist, Dr. Sloaman (See PSI ¶ 78), and has experience treating agoraphobia. His parents are working on setting a new psychiatry appointment for medication but with consultation of another medical provider, Mr. Pittman has restarted his medication and is waiting on them to take full effect again. Without medication, his therapy stalled and his agoraphobia and anxiety became debilitating again.

7. Presently, undersigned counsel is concerned that Mr. Pittman cannot intelligently review the PSI with her. According to Mr. Pittman's mother, in his current state, her son could not read the PSI, he cried, and he put it down. He's spending most of the day in his bed and under the bed covers. But, he is continuing therapy and has another appointment with Dr. Sloan tomorrow. Finally, he is continuing to work with his medical providers regarding his medication.

8. Undersigned counsel is on annual leave next week, December 25- January 2, 2024.

9. As such, undersigned counsel is requesting additional time to review the PSI with her client and file any relevant objections. Counsel is also requesting additional time before the sentencing hearing so that Mr. Pittman may continue his targeted behavioral therapy for agoraphobia and stabilize on his medication prior to sentencing.

10. Defense counsel has conferred with AUSA Alexandra Chase and she agrees to the relief sought in this motion. The parties further advise that we are in communication regarding a possible joint recommendation as to the sentence in this case.

WHEREFORE, Defendant requests this Court to grant the above-styled motion and continue the PSI objection deadline and sentencing for a period of 45 days.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Kristy_Militello@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        *s/ Kristy Militello*
                                        Kristy Militello