UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-80121-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

DANIEL CODY PITTMAN,
        Defendant.
_____:

## UNOPPOSED FACTUAL OBJECTIONS AND CLARIFICATIONS TO THE PRESENTENCE INVESTIGATION REPORT

Defendant, Daniel Cody Pittman, by and through his undersigned counsel, files the following objections and clarifications to the presentence investigation report, which are agreed to by Assistant United States Attorney Alexandra Chase:

1. At page 3, the mother's cell is incorrectly listed. The phone number listed is the inactive number for Mr. Pittman (his cell phone is still in federal custody).

2. At ¶ 8, Although Mr. Pittman does not dispute that K.D. reported to law enforcement that she told Mr. Pittman that she was 17 years of age, he nevertheless maintains that K.D initially lied to him and advised him that she was 18 years of age. K.D.'s account payment information was publically visible in her social media profiles. K.D. told Mr. Pittman that she sold videos of her engaging in sex with her boyfriend to many individuals online for money in order to sustain her lifestyle.

3. At ¶ 16, the following facts should be added: Mr. Pittman denies publicly

1

    posting any videos of K.D. In fact, when Mr. Pittman discovered images of K.D. on Telegram, he wrote them a letter stating that she was a minor and her images should be removed from their platform.

4. At ¶ 24, Mr. Pittman admitted to paying multiple persons for photos/videos, but he did not admit to paying multiple underage girls. The parties suggest changing the term "girls," which implies under the age of 18, to "females."

5. At ¶ 36, incorrectly states that the victim "was 17 years old at the time of the instant offense." She 17 years old at the time of the initial contact and when she produced CSAM. She turned 18 shortly before the cyberstalking began.

6. At ¶ 57, Mr. Pittman was interviewed on Nov. 2, 2023 (not born on that date).

7. At ¶ 64, Mr. Pittman's weight is now 175, as he has lost weight since he has become sober and started exercising.

8. At ¶ 66, "the" should say "he".

9. At ¶ 75, the defendant reported he worries a lot about "everything" (not anything).

10. At ¶ 76, Mr. Pittman is now back on anti-anxiety and anti-depressant medications, after weaning off of them due to medical concerns that they may not be available in prison and the need for medical supervision during withdrawal. Mr. Pittman had a very adverse reaction to trying to wean off of the medication, and with confirmation from the probation office that he is likely to receive them in prison, his medical team decided he needed to restart

the medication immediately. Currently Mr. Pittman is taking: Buspirone - 10mg 2x daily, Escitalopram - 10mg 1x daily, and Hydroxyzine HCL as needed when anxiety is very high - 10mg.

11. At ¶ 78, The second sentence says, incorrectly, that Mr. Pittman attends the treatment sessions virtually. As noted in the last sentence of that paragraph, Mr. Pittman attends the sessions in person.

WHEREFORE, Defendant requests this Court to grant the above-styled unopposed objections and correct the facts in the PSI accordingly.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           *s/ Kristy Militello*
           Kristy Militello