UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-80121-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL CODY PITTMAN,

    Defendant.
_____:

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Daniel Cody Pittman, by and through his undersigned counsel, requests this Court to continue his Sentencing Hearing, currently scheduled for February 22, 2024 for one to two weeks or prior to March 8, 2024. As grounds therefor, Defendant states:

1. Mr. Pittman suffers from agoraphobia and this Court previously continued his sentencing because of an issue regarding his withdrawal from medication and the need for continued treatment and stability prior to his hearing. The sentencing was continued to February 22, 2024. DE 30.

1

2. Since that time, the Government discovered new information from one of Mr. Pittman's devices, which we suspect will dramatically change his guideline range. The government filed their objections in this regard at DE 31. However, the probation typically will not disclose the final PSI until one week before sentencing. Undersigned counsel is out of the district on annual leave with her extended family from February 17-21, 2024, and as such, she may be unable to review the Final PSI with her client. Additionally, with the frequent weather delays and air travel problems, undersigned counsel is concerned that if her flight is delayed or cancelled that she may miss the sentencing hearing.

3. Lastly, undersigned counsel is waiting on additional treatment records to provide to the Court regarding the current state of Mr. Pittman's agoraphobia and other mental health disorders. Mr. Pittman is improving, but to be clear, he still will not walk outside of his home to the mailbox to get the mail. Updated information is necessary to provide the Court with his unique history and characteristics at sentencing.

4. AUSA Alexandra Chase has no objection to this brief continuance. She advised that she is out of the district starting on March 8, 2024, and she requests that the Court set the sentencing prior to that date.

WHEREFORE, Defendant requests this Court to grant the above-styled motion and continue the sentencing for a period one to two weeks or prior to March 8, 2024.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello