Dear Judge Middlebrooks,

I wanted to write this letter to try and show you what a day in my life looked like before I got arrested, versus what it looks like now.  While my current schedule might still not be ideal without some sort of structure (job/school), my goal is to highlight the contrast between my daily routines, and to hopefully show you I'm doing all I can to change and improve.

For context I'd like to provide some insight on my personal experience with agoraphobia.  My counselor Darnisha once asked me exactly what it feels like to be afraid of leaving your own home.  I told her the most similar feeling I can relate it to is from when I was young.  As a kid I was deathly afraid of heights - that terrible feeling of being at the top of a tall building looking out, my legs shaking, and I'd barely be able to move.  I'd know there was no chance of falling or hurting myself, but I'd be terrified.  I know that most likely nothing bad is going to happen just from leaving my house, but the fear remains. Then, it ties into my acute social anxiety - when I'm shaking and I'm afraid and I'm nervous, the last thing I want to do is be in a place full of people, witnessing that fear (or even worse, a full-fledged panic attack).  I think people naturally tend to avoid the things they're afraid of; if you're afraid of heights, you probably try to avoid tall buildings or high places.  I avoided leaving my home at all costs.  What I failed to realize is that avoidance only further intensifies that fear over time, and eventually gives it a type of power or control over your life.

I have had agoraphobia for 9-10 years at minimum, but it became much worse as time passed. For the first couple years I was still putting in somewhat of an effort.  Even though I was already drinking heavily, I was working out, looking for jobs or schooling that I could do from home, and still talking to my childhood friends (while giving them constant excuses as to why I couldn't hang out).  Although at some point I gave up.  While most likely having undiagnosed depression, I decided it was impossible to live a life of any value without being able to leave my home.  So I stopped working out, increased my drinking (a lot), and put on around 90 pounds.  During this time, I was experiencing severe jaw pain, but due to the social anxiety and agoraphobia I was unable to force myself to go see a doctor.  Eventually my jaw and entire right side of my face became numb, and I saw a severe change in my facial symmetry. These reasons combined with the fact that I'd made no progress in school or in a career, led to me being too ashamed of myself to face the friends I grew up with.  I completely severed all contact with them.  Over the last 7-8 years I fell even further off the path as I developed an extremely unhealthy routine, something my therapist calls a "stasis bubble".  I was stuck in this routine and despite my families' best efforts, I couldn't drag myself out of it.  Even talking to my parents about it now, they're not sure I'd ever have changed had the FBI not shown up at our door.  Please also keep in mind that any mention of alcohol abuse is not intended as an excuse. When talking to my sister after the arrest she used drunk driving as an example – it's the driver's fault, not the substance.  It was my choice to drink, and intoxicated or not my actions were my own fault.  So, here's what a day in my life looked like before I was arrested –

1

I'd wake up sometime in the late afternoon, around 2-4pm.  I had trouble getting myself out of bed to start the day due to a combination of being hungover and a lack of motivation.  Eventually I'd get out of bed and drink 0-3 shots of vodka or whiskey depending on how hungover I was (or if my jaw was hurting badly that day).  I'd only drink immediately after waking 2-3 times a week, otherwise I would try not to drink until after I had some food and water.  After drinking, I'd brush my teeth and put on some spray deodorant to mask any smell of alcohol.  I'd head upstairs to get some food and start talking to my parents.  Normally they'd ask if I'd like to go somewhere or invite me to do something with them.  I'd almost always decline.  Occasionally (rarely) I'd agree, especially if my mom would beg me to go somewhere, or my jaw would hurt bad enough to where I'd try and go see a doctor.  I'd get showered, dressed and ready to go.  However, at some point during the process of getting ready, I would break down.  My mind would start racing, and I'd start to feel the symptoms I associated with a panic attack (heart starts beating faster, hands feel numb, it becomes extremely difficult to catch a breath).  This would happen any time I tried to go somewhere, just at different points of the process.  Sometimes it would happen immediately when thinking about it, or when turning on the shower.  Other times I'd make it all the way into the car and halfway down the driveway, then I'd just swing the door open and run back inside.  This led to me feeling very ashamed and depressed; I'd ask myself what kind of man can't even leave his own house.  Instead of trying to find solutions or get the help I needed I would opt for alcohol.

 *A quick note
- after telling my therapist about this (post arrest), he asked me what I would do the moment I got back inside.  I thought about it and told him I wouldn't talk to anyone; I'd just go try to calm myself down by sitting and browsing TV (post arrest; prearrest I would immediately have a drink and start browsing my phone).  He instructed me not to do this, he told me I was just using those things as a distraction from my thoughts.  Instead, he taught me to notice those thoughts and ways to ground or center myself in those panic situations, which I feel was extremely helpful in me being able to start going places again. *


 Back to my pre-arrest schedule - After calming myself down with time and a few drinks, I'd spray myself with deodorant again and try to sit down to watch TV with my parents.  Usually this ended up with me getting up to walk around the house - I found it difficult to sit still while feeling anxious (which was often).  I'd try and sit down to watch tv but that would just make my thoughts race even more.  I'd feel uncomfortable, get up and start pacing (this is something I still struggle with, even now my niece asks why I always walk in circles so much).  I'd do this until I was tired enough to sit down and watch TV.  I'd sit and watch a couple shows with my parents until they go to bed (around 9 PM), at which point I'd head downstairs and get on Xbox with the few online friends I had.  These were healthy friendships with normal 27–45-year-old men I've known for around 7 years.  They don't know anything about this case, and I randomly disappeared on them the day of my arrest, which I still feel extremely guilty about.  They constantly invited me places, like to fly out and visit them or to take a trip to London and see a Chelsea game (we are all Chelsea FC fans).

2

After meeting the victim online I gamed and talked a lot less with those guys, instead my social/gaming time was spent heavily drinking and messaging (then eventually trying to message) the victim.  After reflecting I think this was a very poor decision, not only for obvious reasons but also because it took away what was my only consistent healthy social interaction with people who aren't family.  I'd game and talk with them while I drank slowly for 2-3 hours, usually getting off around midnight.  This was the hardest time of my day, with no one left to talk to.  I'd start to feel overwhelmed with loneliness and depressive/anxious thoughts.  I'd start drinking heavily.  For the next few hours, I'd either be pacing back and forth down my basement hallway or trying to calm myself down enough to sit still.  Before I was diagnosed with depression and medicated, a large portion of this time was spent on the floor crying.  Eventually I'd drink enough to be able to relax a little and watch some TV (while I continued to drink).  Around 3-5 AM I'd get hungry and order Doordash.  Many times, I would order the same thing 2 or 3 times in one night, as I'd forget I ever ordered.  I'd try to get up from the couch but be unable to walk to the door because I didn't realize how much alcohol I had consumed.  I'd either fall right back onto the couch or take a couple steps then fall on the floor, passing out there (even though my bed was only around 20 steps away).  It was also during this timeframe that most of the messaging to the victim would take place.  I noticed in the discovery that in her conversations with the FBI she said I would erase messages if she didn't respond in time. In reality, this was likely me waking or sobering up and realizing what I had done.  I'd wake up to a bunch of new accounts and countless messages, not remembering what I said at all.  In shock at some of the things I said, I'd frantically start deleting all the messages hoping she didn't see them.  I'd delete all social media and tell myself I'd never drink or message her again (unfortunately that would not be the case).  I feel terrible for the things I said, I still feel the guilt and shame of my actions every day.  I look back and I can't imagine how terrifying that would be for someone. I asked my therapist how to rid myself of this feeling and he told me there is no getting rid of it.  He said it's part of our internal punishment for doing something wrong, and sometimes you do something so wrong that you carry the guilt/shame with you for the rest of your life.  What I can do, however, is use it as fuel or motivation to make better decisions.  When I feel anxiety or fear, or am struggling with impulse control, I tell myself "Look what happened when you made the wrong choices before, look how badly you hurt someone".

Now, about seven months after my arrest, when I think about how I was living, I find myself incredibly ashamed of how I neglected both my physical and mental health.  I was drinking a revolting amount, eating horribly, and getting little to no sunlight or physical activity.  I allowed myself to be overcome by mental illness and instead of trying to get help, I turned to addictions like alcohol and constant phone internet use.  Facing intense feelings of fear, anxiety, loneliness, shame and depression, I decided to give up - and my lifestyle reflected that.  I'm also incredibly shocked and saddened at my behavior and interaction with the victim.  Though because my interaction with her was after I'd consumed a tremendous amount of alcohol, I don't remember much of what I said or did.  I'm very ashamed and remorseful at my behavior and willing to get treatment and help to ensure this never happens again.

After my arrest things didn't change immediately.  While I did quit drinking (and as a result lost weight very quickly), my initial reaction was extremely poor.  I sat and I sulked and felt sorry for myself.  I blamed everyone and everything - the victim, alcohol, the FBI, even my own parents - everyone except me.  It took longer than it should have but after 3-4 weeks I realized I needed to accept responsibility and change, so I started seeing a therapist to help me understand my issues and change my behaviors. One of the first things my therapist asked me to do was to establish a designated routine, but I've found it somewhat difficult without having a regular structure. My days are rarely consistent, with many appointments for doctors, counseling/therapy, and alternative medicine.   But here is what closest resembles a normal day for me, excluding appointments -

 I wake up at 9 AM, get out of bed quickly and go outside for some immediate sunlight.  I'll play with my dogs in the sun for a little, then go inside and drink a glass of electrolyte water before I go on a short, fasted run (20 min on the treadmill).  I'll finish my run, go inside and eat the overnight oats I prepared the night before.  My mom is usually at the gym or some type of class, so if I don't have any appointments I'll sit and watch YouTube with my dad until she gets home.  When she gets home, I try to make myself go somewhere with her, since my therapist asked me to try and go at least one place every day.  He said it's like building a tolerance, the more you do it the easier it gets.  I still feel the fear and anxiety when leaving, but therapy has made these feelings much more manageable.  There are some days I am able to leave the house but there are still many days my fear still overwhelms me; but I can't let it keep me from trying again the next day.

Most afternoons I'll do a short 30-45 min recovery session (stretching, dynamic movements).  I'll wash up, then go outside (or stay inside if it's cold) and read until it's time to help my mom with dinner.  Since my arrest I've been reading books again, something I haven't done since early high school. After cooking part of dinner, I'll sit down and eat with my family, help clean up and do dishes, then call my sister and her family.  I catch up with my sister, then I'll go sit and watch TV with my parents until they go to bed.  At this point I will feed my cats and head downstairs, where I'll either listen to a podcast or watch YouTube while on my exercise bike.  I get off the bike and do some calisthenic workouts, then shower and get ready for bed.  After my shower I'll make my overnight oats, then read to wind down before I eventually go to bed.

I realize it's not an ideal schedule and it's very lonely. I do feel I am making progress with help from lots of counseling (I see my therapist weekly; my court appointed counselor every other week via zoom; and court appointed psychiatrist at least monthly). I've replaced the unhealthy addictions like alcohol and constant phone use with things like reading, working out, spending more time with my parents (and pets), and helping a lot more around the house.  My court ordered psychiatrist increased my anxiety meds initially and this helped me to achieve some of the assignments my therapist gave me.  But unfortunately, my psychiatrist and I decided I might not be able to get these meds in prison and I weaned off them.   A few days later, my anxiety and depression worsened.  My emotions were out of control.  Random bouts of anger and sadness resulting in lashing out at people near me or intense crying.  I couldn't leave the house again for any appointments and was incredibly anxious, angry and stressed.  Thankfully Kristy researched the medications and determined I can get them in prison, but the experience

showed me that I'm unable to function without them.  I would like to stress that this was in no way my psychiatrist's fault.  She has been incredibly helpful, providing me with supplements that improved my sleep, energy levels and overall mood.  It was entirely my idea to try and get off the meds and she only assisted me in not doing it in a harmful way.  She now has me on doses that I feel more comfortable with than I did before and I'm very thankful for her help.

I'm still struggling to go places, especially places with a large number of people (costco is difficult, I haven't been back there since the first time I went), and any social interaction is still extremely challenging.  I still haven't met our cleaning person, and still have overwhelmingly fearful reactions if I have to speak to anyone when I'm out.  Open spaces (taking a walk, a field) are still difficult but with my therapists' help I'm slowly making progress on those as well. But I do feel I have definitely improved and there are certain places I really enjoy.

Thank you for taking the time to read this, I hope it was somewhat able to demonstrate what I feel has been a monumental change in my mindset, and my approach towards life in general.  I will be continuing therapy and will continue to try and be an all around better person.

Dan Pittman

Dear Judge Middlebrooks,

Thank you for the opportunity to provide some background information on our son, Daniel Pittman.  We will try to keep this as brief as possible; but would like to ensure that you have as much knowledge as possible to make the best possible determination for his sentencing.

Dan was born in September of 1993 (on the 24th), approximately seven to eight weeks before his due date.  At the time he was born his father was 41 and I was 40.  Dan was initially twins; his twin miscarried around 3 months in utero and was our tenth miscarriage.  His sister, Christina, four and a half years his senior, was adopted privately at 18 months of age.  Unfortunately, Dan's APGAR scores at birth were very low as the drug to induce labor had crossed the placenta; and his right leg appeared to be not functioning.  He was immediately transferred to the NICU unit at Reston Hospital.  Thankfully after a week we were able to bring him home, but the first night at home he turned blue while trying to get a breath; taking him to an emergency visit resulted in a diagnosis of pertussis (Whooping Cough) and he was transferred to Fairfax hospital isolation ward.   When he was released, he came home on a breathing monitor which would alarm if he missed a breath or if his oxygen level fell below a certain level.  His first two years were filled with a succession of lung and ear infections, but this normalized after he had ear tubes put in around two years of age.  His pediatricians characterized him as a "highly sensitive" infant that had extreme difficulty self-soothing.  This was complicated by the fact that my husband and I both traveled extensively for our jobs.

By the time Dan was two things had calmed down and we had hired help so that Dan and his sister both had consistent care.  When Dan was 3 and his sister was 7/8 I moved to the Netherlands for a work assignment and took Dan, Christina, and an Au Pair with us.  He thrived during this period and attended daily soccer and swimming classes.  His Dad visited every six weeks.  When we returned to the US, Dan began attending Nysmith School for the Gifted (where his sister had attended).  Our Dutch Au Pair returned to the States with us, and we had a few very stable years.  When Dan was in the first grade his sister Christina began to have significant issues at school.  After testing and evaluation, it was determined that she had ADD and brain processing issues which Nysmith could not address.  We moved her to our local elementary school which had specialized programs available for her.  The school was only a few blocks from our home.  Dan was extremely unhappy and anxious attending school without his sister; we moved him to the same school for 2nd grade.  Again, he was able to thrive for the period of 2nd through 5th grade – he played soccer three times a week; was top of the chess club; played the cello in the school band.  Unfortunately, this was followed by a very rough two years (sixth grade through spring of eighth grade).  Dan began to suffer from severe migraine headaches; he could not sit still; he became disruptive in classes; he often asked to go to the nurse's office and was frequently sent home.  He was often fearful and did not want to attend events.  Note that two significant events occurred during this timeframe; the first in September of 2001 when the trade center bombing occurred (his sister Christina was at Cooper Middle School which is near the Pentagon where the plane struck); the second in October of 2002 when the DC Sniper spent months shooting outdoor events in the Virginia/DC area (Dan's soccer practices and games were cancelled for an extended period).   We did take Dan to see a counselor, but he was very agitated by the experience and refused to attend additional sessions.  At this same timeframe his pediatrician put him on ADD medications to help with his inability to focus or sit still.

None of the medications had any positive result.  After another series of meetings with his guidance counselor and 8th grade principal in February of his 8th grade year we agreed to their recommendation to move him to a private school where the atmosphere was calmer (he was attending Cooper Middle School next to the Pentagon which was a 45-minute drive from home; it was a large school and changing classrooms on a tight schedule seemed to be causing a lot of his issues).  At this point we also decided due to his issues and the complication of his soccer travel schedule that I would leave my career (which still required extensive travel) and would stay home and see if that would bring some security and family stability.

  Dan redid his 8th grade year using an online homeschool program which was certified by the State of Virginia school system.  He excelled in this environment and was able to complete his course work in five months.  We got him a dog which became his closest companion.  His headaches improved dramatically, and his behavior did as well.  During this timeframe we visited four or five private schools for 9th grade admissions; Dan did not like any of them.  Two of his close soccer friends attended home school consortiums and we also evaluated those as an option.   In the end the homeschool option was the best; it enabled Dan to be in a small, controlled environment; the projects were group oriented; he had more ability to select his own electives and pacing; and the homeschool had a soccer team (as well as other team sports) which helped his need for exercise.  Classes were only held four days a week on a college-like schedule with much of the work done independently, which was ideal for Dan's mode of learning and inability to sit still for long.  The homeschool consortium consisted of students from seventh grade through high school and had only around 80 students so a very manageable environment for him.  Dan continued to play advanced travel soccer with his competitive team which included traveling to tournaments around the country (and to the UK).  During this travel he was always with a tight group of friends and parents.  During his high school years Dan again was back to being a happy, focused person; and enjoyed our international trips each summer.

  Sadly, in the spring of Dan's junior year he had a few injuries on the soccer field.  He sustained a severe concussion; which was followed by significant issues with his back; which was followed by breaking his left metatarsal.  He opted to not have surgery after the initial break but when he returned to late summer practices, he broke his left metatarsal again and this time required surgery and pins.  There was an episode during this time (early senior high school year) when Dan was getting ready for soccer practice and threw himself down in the hallway unable to catch a breath; it was so serious that we had to call 911.  The ambulance crew said it was not heart related (Dan said he thought he was having a heart attack) but was either a cracked rib/s or could possibly be anxiety issues.  At the time we assumed it was another soccer injury; but in retrospect we have come to realize Dan was suffering from severe anxiety far more severely than we recognized.

  Soccer had been Dan's life and his passion; his big goal was to play soccer in college.  He was being recruited by a significant number of college coaches and had fully expected to play Division One soccer.  He did not handle this idle time well; and agonized over his college recruiting visits after his injury.  He was not playing at the same level, and this caused his confidence to lapse.  He made 5-7 visits to colleges to practice with the college teams and meet with coaches but was very stressed over these visits.   He was also extremely stressed picking a field of study.  Our families both placed great importance on academics and college/advanced studies and as one of the youngest in a crowd of cousins on both sides of our family Dan continued to talk about the pressure he felt to succeed. Soon after this he agreed he would commit to playing soccer at Lynchburg College (D3) and try to transfer to a D1

school the next year.  He did not want to leave for college for the team camp at the end of July and said he was too sick to go; his back and foot were both hurting again.  We did convince him to go, but he quit the team following the camp weeks; went to a party after he told the coach he was quitting the team and was caught smoking and drinking and suspended before classes even started.

He came home and decided to take a gap year from college and play soccer for the DC United youth team (run by McLean Soccer Academy).   This is the first time we realized he was continuing to have increased anxiety issues with going places; in the beginning they seemed to be triggered when driving or getting ready to leave home; and on a few of the team's trips to tournaments in Texas and California.   He stopped seeing his friends and going out with his friends as much (he was 18 at this point); though occasionally friends would stop to see him at home.  He started to drink regularly for the first time, to the point that we did not bring any alcohol into the house.   He did not take any classes but did play for the McLean team for the 2012 season.  In August of 2012, we took him to Ohio to attend Miami of Ohio where two of his good friends were going to be sophomores (Dan would have been a freshman due to his gap year).  The trip to Ohio was a disaster.  He had constant anxiety issues in the car (couldn't get a breath; nauseous; throwing up; terrible headaches; and we would have to stop and find a field where he could run and run to help him feel better.  We stopped and spent the night at a hotel to give him extra time to adjust.  When we arrived at Miami of Ohio and got in the line to unload the car at his dorm, he had so much anxiety we thought we would have to take him to the hospital (at this point we did not understand this was likely a panic attack).  He broke down crying and shaking and begged us to take him home; he said he wanted to go home and do online classes and it wasn't possible for him to stay.  As there was no way to get him out of the car and understood clearly that he needed help, we headed home.  We stopped on the way home and spent a few days in Columbus, Ohio as Dan did not want to arrive back in Virginia until all his friends had traveled back to college.  We did bring him home and did our best to get him to agree to counseling and treatment, but he refused; he did not want to leave the house at all and when we tried to take him to the doctors it would result in a refusal to leave his room.  At this point he was not driving and would only leave the house very infrequently.  He did see his Doctor (Valenti) who prescribed Xanex for the times he became extremely anxious; and again, put him on an ADD medication to hopefully calm his racing thoughts.  The ADD medication did not help at all; but Xanax was effective.

In the spring of 2013 Dan agreed to try college again, this time asking to attend a big school where no one would know him, and he could just "blend in".  He had been recruited by Rollins College in Florida and had liked the area, so applied to UCF and was accepted for the spring semester.  As my husband had grown up in Brevard County and we still owned his home there, we decided I would move with him and live nearby.  He did not want to live in a dorm environment and told us he wanted his own room in an apartment; we were able to find an opening in a 4-bedroom apartment on campus.  In the first weeks we were all very encouraged; Dan was able to attend classes and seemed to be functioning better than he had in years.  Sadly, as the classes got further into the semester and began to require presentations; and as his roommates began to steal from him and harass him (he was quite a few years younger) Dan began to say he didn't want to continue at UCF.  Dan had his most major panic attack one morning after leaving his apartment after an altercation with one of his roommates.  He called and asked to be picked up from a location near his apartment and said he was going to drop out; that he just couldn't handle the pressure. He did not want to return to Virginia. He was back to watching soccer on

3

TV, playing FIFA and computer games and spending time with his two kittens.  We did return to Virginia finally, in May, when his semester would have ended.

Once we returned to Virginia in the spring of 2013, Dan rarely left the house.  He would occasionally see one or two former friends and still had online contact with some of them, but he was increasingly withdrawn and distant.  He had been occasionally going to a soccer field close to our house to kick a ball but now seemed very afraid of the open field and the outdoors (asking for a treadmill as he did not want to go outside to run).  He would no longer drive his car and was very depressed.  He did apply to Gettysburg College (the soccer coach had recruited him as a transfer student) but as summer headed to fall, he said he was unable to try again and knew he would fail again.  We tried desperately to try to get him help but this met with great anger and a refusal to leave his room.   He had cut off all contact with his group of friends and with all his cousins. During this time Dan did continue to love watching soccer games on TV; and watching TV or movies with us; he would see his sister and eventually her fiancé.  He did make some online friends that he played FIFA and Call of Duty with, and said he just needed time.  He began to have issues with jaw pain and to have severe headaches but would not agree to see a doctor or go to the emergency clinic.

By 2016 Dan had not left the house in almost three years.   His only contact was with us; his sister; and his group of online friends. We had a long discussion with him where he said that he felt like a total failure and did not want to go out and risk seeing any of his friends, or ours, that would ask where he was going to school or when he would graduate. He was extremely depressed and very fearful; he did not want to get help as he was sure he would be seen going into the Doctor or therapist's office.   We decided the best thing for his welfare was to move out of the area as it would possibly give him a chance to get a job or gain some part of life back.  We hoped by moving to a new locale he might be willing to seek help or at least leave the house as no one would recognize him.   Mark was working for AT&T and had been working from home for many years, so it was no issue to switch locales.  We purchased our current house in Rockledge in 2016 and began to make the transition to living here full time (though I had gone back to work and could not move full time until 2018 so traveled back and forth).  The day we moved Dan down was a nightmare.  We left Virginia at 5:00 in the morning with my son in law and I sharing the driving.  We had three cats and two dogs in the car with us.  Dan had a terrible panic attack in the car in the first 30 minutes and almost opened the door and jumped out on 95 South.  We had him take additional medication to calm him (the Xanax prescribed by Dr. Valenti for his anxiety issues) and after taking 3 pills he finally fell asleep.  We stopped for gas and Dan tried to use the bathroom but had another fright while waiting in the line and got back in the car.  He took additional pills and went back to sleep – we finally arrived at the house just after 6:30 PM.

While we had purchased the Rockledge property because it had a main house and a cottage on the same property, with great hope that Dan would be able to live in the cottage and have some independence, he was not even able to walk from one house to the other.  If the cleaning lady comes (once a week) Dan does not leave his room.   He was never able to walk to the mailbox or to our dock to go out on the boat.  In good stages he can sit on a back corner of the screened porch.  We continuously urged him to see a therapist and get treatment; we made appointments for him which he would agree to go to but he either would not get up and out of his room or he would give up in some stage of getting ready (occasionally making it to the car but never all the way down the driveway).  We made appointments for him with some doctors or dentists five to six times and had to cancel at the last minute

4

because Dan was unable to conquer his fears.  His fear extends to talking on the phone or zoom/telehealth calls as he perceives that his jaw numbness causes him to mumble.

     Dan did not leave the house again until the fall of 2020.  Thus, between the two homes he had not left the house in seven years except for the terrible drive to Florida.  He missed his sister's wedding; he missed his grandfather's funeral and many of his friends' weddings.  He told us we could not send any information about him to former friends or family.  If friends or relatives visited (staying in the cottage) he stayed in the back part of the main house.  He would see his sister and husband when they visited a few times a year; and has been wonderful with their two children (now 7 and 2).

     In 2020 the Covid pandemic set off Dan's anxiety in a major way.  He became convinced my husband and I would both get it and die; or that he would get it.  He would take our temperatures 3-5 times an hour for weeks; he constantly asked us if we felt sick; he asked us to stop leaving the house and just get delivery for food.  Dan was so sure he had Covid at one point that he actually let us take him to the emergency clinic to be tested.  He was negative but his blood pressure became so elevated and his fear and panic attacks so constant that he finally agreed to talk to a doctor.  Dr. Ditz was able to see him via Telehealth and prescribed an antidepressant and an anti-anxiety medication.  Ater Dan's blood pressure was so high we had to take him to the emergency room he added two blood pressure medications.  Dr. Ditz was able to convince Dan to see a specialist for his severe jaw pain, and with the help of the anxiety meds and the addition of Xanex, Dan was able to get an MRI, see a dentist, and see a neurologist.  The jaw issue is very complex (and seems to be two issues, one related to his teeth being out of alignment likely due to grinding them at night due to anxiety and a second issue which is either a nerve related issue or possibly Bels Palsy).  While Dan started down the path of being able to leave the house to see these doctors, by early 2021 he began to have panic attacks again and was back to canceling appointments.  We tried to get him to talk to Social Security on the phone to file for disability but even a phone call was more than he could handle.  We again tried to schedule consultations with a therapist or online telehealth, but Dan was not able to get on any of the phone calls.  He would no longer even get on a video Facetime call with his sister or niece.

     In late 2022 Dan became increasingly depressed and anxious.  My brother-in-law in Pennsylvania and my husband's brother in Satellite Beach were both sick and Dan became extremely fearful about one (or both) of us dying.   He has tremendous fear and endless worry – of leaving the house; of talking or seeing people; of what might happen to us when we are out.  One of his biggest fears seems to be that he might have a panic attack in front of people while he is out.  When his sister was here at Christmas (of 2022) we had a family meeting and his sister and husband assured Dan that he would be able to live with them if anything were to happen to us.  In the early spring of 2023 Dan seemed to be in much more pain from his jaw and was drinking much more than he had been to self-medicate the pain.  He had been drinking for years but not to the extent that began that spring.  When I would get up to leave for the gym at 5:45 to 6:00 in the morning Dan would either be very drunk or would be passed out and I could not get him awake or aware.   If we had a conversation, he would not remember that conversation later in the day.  The anti-anxiety drug he was taking caused him to be much more susceptible to alcohol.  He was much more withdrawn than he had been and spent more time in the basement and not watching TV with us much.  For the first time he would make comments about how we would be better off if he weren't around; and to send odd texts to his sister late at night about how much he loved her and to always remember that.

When the FBI arrested Dan on July 6th it was beyond shocking to us. We had trouble understanding how someone who had rarely left the house in 10-12 years and had access to almost no money could have done something that would attract the FBI's attention. We had not seen him speak to anyone but us or his sister and family in years and he was standing in chains asking the FBI agents if the FBI purchased their uniforms for them but not their shoes as none of their shoes matched. Dan is thirty years old chronologically but not experientially – never having worked; or had a girlfriend; and missing 10-12 years of his life, he seems far younger and more naïve than would be expected. We are very thankful to the Middle District judge who allowed him to come home that day.

Being arrested was a terrible event for all of us; but it was a tremendous wake up call for Dan most of all. The first week after his arrest was awful for him as he went through a significant withdrawal from years of alcohol abuse. Both the FBI and his PO gave us numbers to call and a place to take him if the withdrawal became too much for him to handle but he managed through it.

Since July he has seen numerous specialists to try to get to the root cause of his jaw pain. Again, it now appears that there are two jaw issues, one related to years of grinding his jaw at night which would take 15-18 months of Invisalign and perhaps surgery to correct; the second which is still being explored by other specialists. He has weekly sessions with his therapist (Dr. Glenn Slomann) who has been extraordinarily helpful in giving Dan ways to manage his fear and anxiety. They have developed a list of goals (short term and long term) to work towards; and homework each week to work towards those goals. The court ordered Counselor does not have a good understanding of agoraphobia or social anxiety but talking to her bi-weekly for an hour (via zoom) has been a good exercise in social skills and reinforcement of his homework assignments from his therapist. He did have one significant setback when the court ordered prescribing Psychiatrist and Dan decided it would be best if they reduced and eliminated his anxiety and depression medications (as they might not be available in prison) – causing both withdrawal symptoms but more importantly causing him to have extreme fear about leaving the house for homework assignments or doctor's visits. Thankfully, his lawyer and the investigating agent advised that Dan could continue his medications in prison, and he was able to go back on them (and thankfully his court date was delayed).

Since his arrest Dan is a different person. He has not had a drink since July 6th. He calls his PO with me on schedule. He called the drug testing center with me each weekday as ordered until that requirement was removed. He gets up far earlier in the day and works out; reads extensively; helps to cook meals; and makes sure he gets to his appointments. He is thankful for his lawyer and all the folks that are helping him and talks about this frequently. This is not to say that he does not still suffer greatly from agoraphobia or social anxiety; we can see his fear and watch him as he tries to conquer it. He can go to doctor's appointments most times (a few reschedules) and to some stores but still has a long list of places he and his therapist want him to visit. He still cannot walk down our driveway or visit open fields or places (he does take a walk with me at the local park, but it is very challenging). Agoraphobia is extremely hard to treat, and the treatment process is oriented towards taking a small step every day (and not agonizing over the days you fail). It is a very long and slow treatment process. The fear and anxiety over leaving the house; attending a zoom call; talking to a doctor or counselor all cause profound distress but Dan is forcing himself to get help and address his situation. He still has significant issues with jaw pain and with severe headaches and aspirin has only limited ability to help.

We had no awareness or knowledge of the girl Dan was talking to online. He told us in the car on the way home from court on July 6th that he had no idea that what he did was illegal – but he said he did think it wasn't right. After his arrest he was initially very reluctant to accept blame, but as he has read more and learned more, he has come to feel great regret and remorse over what he did. He emphatically would never do this again. When we received a copy of the PSI report and Dan started to read it, he began to cry and said he could not believe he could have said those things to the girl. He could not finish reading the report and would not look at it again until his lawyer said he had to read it. After finally reading he commented that he does not recognize the person he was at that time; and some of it he is unable to remember as he was so intoxicated.

Because soccer was Dan's life, we have tried taking him to a field so he can kick a ball around, but he still cannot get out of the car. We have seen such great progress with his therapy that we hope one day he will be able to go to a field and play again.

Thank you again for the opportunity to provide background on Dan's environment and situation. We see a silver lining in his arrest as we are hopeful it will finally allow him to agree to treatment and a chance at having a life. We hope that whatever sentencing you determine is right that it will be conducive to Dan continuing to get the treatment and help he needs.

Regards,

Christine and Mark Pittman